David M. Weissman, Esq.
DuBOIS, SHEEHAN, HAMILTON & LEVIN
511 Cooper Street
Camden, New Jersey 08102
(856) 365-7665
Attorneys for Plaintiff

| | |
|---|---|
| G.K., INDIV. AND ON BEHALF OF THE MINOR, A.Z., | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| v. | CAMDEN VICINAGE DOCKET NO. 01-CV-03906 (SSB) |
| RYDER STUDENT TRANSPORTATION SERVICES, INC., et als. | SUPPLEMENTAL ORDER DIRECTING DISTRIBUTION OF FUNDS |

This matter having come before the Court on the issue of the disputed expert fee for the services of Dr. Edward Dragan, and the Court having heard the arguments of counsel and for good cause appearing;

IT IS on this 26th day of Aug, 2004, ORDERED that the sum of $23,042.49, which represents the total amount charged by the expert witness, shall be distributed as follows:

A.   $15,361.66 to be paid to Mark J. Molz, Esquire in reimbursement of the disputed expert fee, and

B.   $5,760.62 payable to GLEATINA KUPOLATI, GUARDIAN AD LITEM of NIKITA BOOTHMAN, to be placed into the interest-bearing Guardianship account established by the prior Order of this Court for the medical expenses or specialized educational needs of NIKITA BOOTHMAN, and

C.   $1,920.21 to be paid to plaintiff's attorneys in accordance with the New Jersey Rules of Professional Conduct (RPC

1.5) which represents 25% of the net reduction of the disputed expert fee.

IT IS FURTHER ORDERED that the attorney for the plaintiffs deliver a copy of this ORDER to all parties within 7 days of the date hereof.

_____
Honorable Joel B. Rosen, U.S.M.J.

I hereby consent to the form
and entry of this Order

Law Offices of Mark J. Molz

By: _____ 8/24/04
    Stephen Cristal, Esq.