RECEIVED
W. T. WALSH, CLERK

2004 AUG 27  A 11: 37

UNITED STATES
DISTRICT COURT

*Attorney(s):* David M. Weissman, Esquire
DuBois, Sheehan, Hamilton & Levin
*Office Address & Tel. No.:* 511 Cooper Street
Camden, NJ 08102
(856) 365-7665
*Attorney(s) for* Plaintiff

G.K. Individually and on behalf of
The Minor, A.Z.

*Plaintiff(s)*

vs.

Ryder Student Transportation Services
Inc., Ryder Truck Rental, Inc., John
H. Fisk, Joseph E. Verfaille, Camden
City Board of Education, Archway
Programs, Inc., John Land, John Does
1-98, individually,
jointly & severally

*Defendant(s)*

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

*Docket No.* 01-CV-03906 (SSB)

CIVIL ACTION

WARRANT
TO SATISFY JUDGMENT

**To the Clerk of the above named Court:**

**Whereas** *Judgment was entered in the above entitled action in favor of* Plaintiff

*against* Ryder Student Transporation Services, Inc., Ryder Truck Rental, Inc., John H. Fish, Joseph E. Verfaille, Camden City Board of Education, Archway Programs, Inc., John Land, John Does  *as appears , on page  or Docket No.* 01-CV-03906

**Now Therefore,** *this is your warrant and authority to enter on the aforesaid record, this satisfaction of judgment*

*Dated:* July 15,            2004

DAVID M. WEISSMAN

**State of New Jersey, County of** Camden    | ss.:    **Be it Remembered,**
*that on* July 15, 2004, *before me, the subscriber, personally appeared*
David M. Weissman
*who, I am satisfied,        the person   named in and who executed the foregoing Instrument, and thereupon         acknowledged that        signed, sealed and delivered the same as         act and deed, for the uses and purposes therein expressed.*

TONIA M BOARD
Notary Public of New Jersey
My Commission Expires Jan 23, 2005

4030—WARRANT TO SATISFY JUDGMENT
(R. 4:48 FULL OR PARTIAL)            W R

COPYRIGHT© 1969 BY ALL-STATE LEGAL SUPPLY CO.
269 SHEFFIELD STREET, MOUNTAINSIDE, N.J. 07092