IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| G.K. Individually And In Behalf of the Minor, A.Z. | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| | : NO. 01CV3906(SSB) |
| RYDER STUDENT TRANSPORTATION SERVICES, INC.; RYDER TRUCK RENTAL, INC.; JOHN H. FISK; JOSEPH E. VERFAIKLIE (Or Similar Name - Spelling Uncertain); CAMDEN CITY BOARD OF EDUCATION; ARCHWAY PROGRAMS, INC; JOHN DOES 1-100; individually, jointly and severally, | : |
| Defendants. | : |

**TO THE CLERK OF THE ABOVE NAMED COURT:**

**WHEREAS**, Judgment was entered in the above entitled action in favor of the Plaintiffs against the Defendant, Archway Programs, Inc., as appears by the record of the United States District Court for the District of New Jersey under Docket No. 01CV3906(SSB).

**WHEREAS**, satisfaction of the judgment has been received, now therefore, this is your warrant and authority to enter on the aforesaid record, this satisfaction of judgment for $15,000.00 in favor of the plaintiffs against the defendant, Archway Programs, Inc. with prejudice and without costs.

Attorneys for Plaintiffs

DATED: 2/12/05

David M. Weissman, Esquire
Dubois, Sheehan, Hamilton & Levin
511 Cooper Street
Camden, NJ 08102

Page 1 of 2

I certify that the foregoing statements in this Warrant to Satisfy Judgment made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: 2/2/05

_____
David M. Weissman, Esquire